# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ARVIZU ADVERTISING & PROMOTIONS, INC. |
| **Case Number:** | 2:09-bk-14554-SSC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

EXPEDITED HEARING ON DEBTOR'S MOTION FOR TURNOVER

**R / M #:** 174 / 0

## Appearances:

DONALD W. POWELL, ATTORNEY FOR ARVIZU ADVERTISING & PROMOTIONS, INC.
STEVEN JEROME, ATTORNEY FOR FIRST COMMUNITY BANK
CHRISTOPHER KAUP, ATTORNEY FOR QWEST

## Proceedings:

Mr. Powell states that he did not get a specific response from Qwest. He asked the court to order Qwest to file a specific response. Mr. Jerome states that all the detailed and verified invoices have been provided to Qwest and they have still failed to respond. Mr. Kaup states that a complaint should be filed to resolve the issue. He states that he may be able to provide information within 10 days.

COURT: THE COURT NOTES THAT MR. KAUP HAD PREVIOUSLY OFFERED TO TRY AND SETTLE THIS MATTER AND THE COURT EXPRESSES CONCERN AT THE LACK OF INFORMATION FROM QUEST. IT IS ORDERED THAT MR. KAUP WILL PROVIDE INFORMATION ON THE INVOICES BY JANUARY 15, 2010. IT IS FURTHER ORDERED CONTINUING THIS HEARING TO JANUARY 20, 2010.